PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00106-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GABRIEL DIOP, | DATE: September 30, 2021<br>TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Gabriel Diop, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on September 30, 2021.

2.  By this stipulation, the defendant now moves to continue the status conference until December 2, 2021, and to exclude time between September 30, 2021, and December 2, 2021, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  On September 27, 2021, United States Magistrate Judge Deborah Barnes signed a stipulated protective order negotiated and entered into by the parties.

    b)  The government has represented that the discovery associated with this case includes tens of thousands of documents. Following approval of the protective order, the first approximately 7,500 pages of discovery will be produced to defense counsel. Furthermore, the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

government is in possession of numerous physical items of evidence seized from the defendant's residence during execution of a search warrant. These physical items of evidence have been and are available for defense counsel to review.

  c) Counsel for the defendant desires additional time to consult with her client, review the current charges, conduct investigation and research related to the charges, discuss potential resolutions with her client, review the government's forthcoming discovery production, and otherwise prepare for trial.

  d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 30, 2021, to December 2, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 28, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: September 28, 2021

/s/ JENNIFER MOUZIS
JENNIFER MOUZIS
Counsel for Defendant GABRIEL DIOP

**ORDER**

IT IS SO ORDERED.

Dated: September 29, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE