PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00106-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GABRIEL DIOP, | DATE: February 7, 2022 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on February 7, 2022.

2.    By this stipulation, the defendant now moves to continue the status conference until April 4, 2022, and to exclude time between February 7, 2022, and April 4, 2022, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes more than 20,000 pages of discovery, images, and video files.  Approximately 7,000 pages of this discovery has been produced directly to the defendant's counsel, and the remainder has been made available for inspection and copying pursuant to Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure.

b)      Counsel for the defendant desires additional time to consult with her client, review the charges, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with her client and the government, prepare pretrial motions, and otherwise prepare for trial.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 7, 2022, to April 4, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 1, 2022                        PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ SAM STEFANKI
                                                SAM STEFANKI
                                                Assistant United States Attorney

Dated:  February 1, 2022                        /s/ JENNIFER MOUZIS
                                                JENNIFER MOUZIS
                                                Counsel for Defendant
                                                GABRIEL DIOP

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 2, 2022

                                                WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE