1   PHILLIP A. TALBERT
United States Attorney
2   SAM STEFANKI
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,             CASE NO.  2:21-CR-00106-WBS

12                         Plaintiff,       STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                 v.                 ORDER

14   GABRIEL DIOP,                     DATE: April 4, 2022
TIME: 9:00 a.m.
15                   Defendant.     COURT: Hon. William B. Shubb

16

17                           **STIPULATION**

18           Plaintiff United States of America (the "government"), by and through its counsel of record, and

19   defendant Gabriel Diop, by and through his counsel of record, hereby stipulate as follows:

20           1.         By previous order, this matter was set for status on April 4, 2022.

21           2.         By this stipulation, the defendant now moves to continue the status conference until June

22   27, 2022, and to exclude time between April 4, 2022, and June 27, 2022, under Local Code T4.

23           3.         The parties agree and stipulate, and request that the Court find the following:

24                 a)         The government has represented that the discovery associated with this case

25   includes more than 20,000 pages of discovery, images, and video files.  Approximately 7,000

26   pages of this discovery has been produced directly to the defendant's counsel, and the remainder

27   has been made available for inspection and copying pursuant to Rule 16(a)(1)(E) of the Federal

28   Rules of Criminal Procedure.

b)      Counsel for the defendant desires additional time to consult with her client, review the charges, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with her client and the government, prepare pretrial motions, and otherwise prepare for trial.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 4, 2022, to June 27, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.



Dated:  March 30, 2022                                  PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ SAM STEFANKI
                                                        SAM STEFANKI
                                                        Assistant United States Attorney


Dated:  March 30, 2022                                  /s/ JENNIFER MOUZIS
                                                        JENNIFER MOUZIS
                                                        Counsel for Defendant
                                                        GABRIEL DIOP




**ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  March 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE