```
1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00106-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GABRIEL DIOP, | DATE: June 27, 2022<br>TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Gabriel Diop, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 27, 2022.

2. By this stipulation, the defendant now moves to continue the status conference until August 22, 2022 at 9:00 a.m., and to exclude time between June 27, 2022, and August 22, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 20,000 pages of discovery, images, and video files. Approximately 7,000 pages of this discovery has been produced directly to the defendant's counsel, and the remainder has been made available for inspection and copying pursuant to Rule 16(a)(1)(E) of the Federal

Rules of Criminal Procedure.  Additionally, the government anticipates producing thousands of pages of additional discovery to the defendant in the coming weeks.

      b)      Counsel for the defendant desires additional time to consult with her client, review the charges, conduct investigation and research related to the charges, review and copy discovery that has already been produced and will be produced, discuss potential resolutions with her client and the government, prepare pretrial motions, and otherwise prepare for trial.

      c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 27, 2022, to August 22, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 22, 2022						PHILLIP A. TALBERT
									United States Attorney


									/s/ SAM STEFANKI
									SAM STEFANKI
									Assistant United States Attorney


Dated:  June 22, 2022						/s/ JENNIFER MOUZIS
									JENNIFER MOUZIS
									Counsel for Defendant
									GABRIEL DIOP


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  June 22, 2022
									WILLIAM B. SHUBB
									UNITED STATES DISTRICT JUDGE