PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00106-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GABRIEL DIOP, | DATE: August 22, 2022 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Gabriel Diop, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 22, 2022.

2.      By this stipulation, the defendant now moves to continue the status conference until October 31, 2022 at 9:00 a.m., and to exclude time between August 22, 2022, and October 31, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes more than 20,000 pages of discovery, images, and video files.  In late July, the government produced approximately 8,000 pages of additional discovery, and the remainder has

///

been made available for inspection and copying pursuant to Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure.

b)     Counsel for the defendant desires additional time to consult with her client, review the charges, conduct investigation and research related to the charges, review the recently produced discovery, discuss potential resolutions with her client and the government, prepare pretrial motions, and otherwise prepare for trial.

c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2022, to October 31, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 17, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated:  August 17, 2022

/s/ JENNIFER MOUZIS
JENNIFER MOUZIS
Counsel for Defendant
GABRIEL DIOP

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 18, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE