PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>GABRIEL DIOP,<br><br>                              Defendant. | CASE NO.  2:21-CR-00106-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 31, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Gabriel Diop, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 31, 2022.

2.      By this stipulation, the defendant now moves to continue the status conference until January 30, 2023 at 9:00 a.m., and to exclude time between October 31, 2022, and January 30, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes more than 20,000 pages of discovery, images, and video files.  In late July, the government produced approximately 8,000 pages of additional discovery, and the remainder has

///

1   been made available for inspection and copying pursuant to Rule 16(a)(1)(E) of the Federal

2   Rules of Criminal Procedure.

3         b)     Counsel for the defendant desires additional time to consult with her client,

4   review the charges, conduct investigation and research related to the charges, review the recently

5   produced discovery, discuss potential resolutions with her client and the government, prepare

6   pretrial motions, and otherwise prepare for trial.

7         c)     Furthermore, the defendant was previously housed at the Sacramento County

8   Main Jail.  The defendant was recently moved to a different institution, making consultation with

9   his counsel more difficult and time-consuming.

10        d)     Counsel for the defendant believes that failure to grant the above-requested

11  continuance would deny her the reasonable time necessary for effective preparation, taking into

12  account the exercise of due diligence.

13        e)     The government does not object to the continuance.

14        f)     Based on the above-stated findings, the ends of justice served by continuing the

15  case as requested outweigh the interest of the public and the defendant in a trial within the

16  original date prescribed by the Speedy Trial Act.

17        g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

18  et seq., within which trial must commence, the time period of October 31, 2022, to January 30,

19  2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

20  T4] because it results from a continuance granted by the Court at the defendant's request on the

21  basis of the Court's finding that the ends of justice served by taking such action outweigh the

22  best interest of the public and the defendant in a speedy trial.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 26, 2022                                PHILLIP A. TALBERT
                                                                        United States Attorney

                                                                        /s/ SAM STEFANKI
                                                                        SAM STEFANKI
                                                                        Assistant United States Attorney

Dated:  October 26, 2022                                /s/ JENNIFER MOUZIS
                                                                        JENNIFER MOUZIS
                                                                        Counsel for Defendant
                                                                        GABRIEL DIOP

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  November 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE