HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL DIOP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00106-WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| GABRIEL DIOP, | |
| Defendants. | Date: May 22, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Samuel Stefanki, Assistant United States Attorney, attorney for Plaintiff,

Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers,

attorneys for Gabriel Diop, that the status conference scheduled for May 22, 2023, at 9:00 a.m.,

be continued to July 17, 2023, at 9:00 a.m.

        Defense requests additional time to review discovery, conduct investigation and

otherwise prepare for trial. The Government has produced over 15,000 pages of discovery

covered by a protective order which prevents the defendant from reviewing the discovery except

during visits with his attorney.

        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

from the date the parties stipulated through and including July 17, 2023; pursuant to 18 U.S.C.

§3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General

Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

4    DATED: May 10, 2023

Respectfully submitted,

5

HEATHER E. WILLIAMS
6    Federal Defender

7    */s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
8    Assistant Federal Defender
Attorney for GABRIEL DIOP
9

10

DATED: May 10, 2023                          PHILLIP A. TALBERT
11                                             United States Attorney

12                                             */s/ Samuel Stefanki*
SAMUEL STEFANKI
13                                             Assistant United States Attorney
Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                          -2-

1

**O R D E R**

2        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its

4   order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice served by granting the requested continuance

7   and to exclude time under the Speedy Trial Act outweigh the best interests of the public and

8   defendants in a speedy trial.

9        It is further ordered the May 22, 2023 status conference shall be continued until July 17,

10  2023, at 9:00 a.m.

11

12  Dated:  May 11, 2023

13

14  MORRISON C. ENGLAND, JR.
    SENIOR UNITED STATES DISTRICT JUDGE

15  for WILLIAM B. SHUBB
    SENIOR UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                    -3-