PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00106-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GABRIEL DIOP, | DATE: October 30, 2023<br>TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Gabriel Diop, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 30, 2023.

2. By this stipulation, the defendant now moves to vacate the status conference, to set the matter for a change-of-plea hearing on November 6, 2023, at 9:00 a.m., and to exclude time between October 30, 2023, and November 6, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 15,000 pages of discovery, images, and video files, all of which are subject to a protective order. The government recently made a subset consisting of a few hundred pages of the most relevant portions of this discovery available to the defendant and his counsel for

inspection and copying.  *See* Fed. R. Crim. P. 16(a)(1)(E).  The defendant and his counsel spent approximately three hours reviewing this discovery material in late October.

        b)        Counsel for the defendant desires additional time to review the discovery already produced and recently made available for inspection, consult with his client, review the charges, discuss potential resolutions with his client and counsel for the government, prepare pretrial motions, and otherwise prepare for trial.

        c)        Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 30, 2023, to November 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 24, 2023          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ SAM STEFANKI
                                  SAM STEFANKI
                                  Assistant United States Attorney

Dated:  October 24, 2023          /s/ DOUGLAS BEEVERS
                                  DOUGLAS BEEVERS
                                  Counsel for Defendant
                                  GABRIEL DIOP

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 26, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE