1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:21-CR-00106-WBS

12                         Plaintiff,      STIPULATION REGARDING SENTENCING;
                                           ORDER
13                  v.

14  GABRIEL DIOP,

15                         Defendant.

16

17                              **STIPULATION**

18        Plaintiff United States of America (the "government"), by and through its counsel of record, and

19  defendant Gabriel Diop, by and through his counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for sentencing on January 29, 2024.  Counsel for

21  the defendant is scheduled for numerous trials in the upcoming months and desires additional time to

22  prepare for sentencing.  Additionally, all parties, including the assigned probation officer, desire

23  additional time to prepare and litigate issues likely to be presented by the forthcoming presentence

24  investigation report.

25        2.      By this stipulation, the parties now move to re-set the matter for sentencing on February

26  20, 2024, at 9:00 a.m., and request that the Court set the following schedule:

27              a)      A draft presentence investigation report ("PSR") shall be filed by the assigned

28        probation officer on or before January 8, 2024;

STIPULATION AND ORDER RE SENTENCING                    1

b)      Informal objections to the draft PSR shall be sent to the assigned probation officer and the opposing party on or before January 22, 2024;

c)      A final PSR shall be filed by the probation officer on or before January 29, 2024;

d)      Any motions for correction of the final PSR shall be filed on or before February 5, 2024;

e)      Oppositions to any motions for correction of the PSR shall be filed on or before February 12, 2024.

IT IS SO STIPULATED.


Dated:  November 22, 2023                          PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ SAM STEFANKI
                                                   SAM STEFANKI
                                                   Assistant United States Attorney


Dated:  November 22, 2023                          /s/ DOUGLAS BEEVERS
                                                   DOUGLAS BEEVERS
                                                   Counsel for Defendant
                                                   GABRIEL DIOP


## ORDER

This matter is hereby SET for judgment and sentencing on February 20, 2024, at 9:00 a.m.  The parties shall appear before the Court at that date and time.  The Court hereby ADOPTS the schedule regarding the presentence investigation report and associated briefing contained in the parties' stipulation.

IT IS SO ORDERED.


Dated:  November 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


STIPULATION AND ORDER RE SENTENCING

2