PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00106-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| GABRIEL DIOP, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Gabriel Diop, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 20, 2024.

2. By this stipulation, the parties now move to re-set the matter for sentencing on February 26, 2024, at 9:00 a.m.

///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER RE SENTENCING

1

3. Counsel for the defendant and counsel for the government desire additional time to prepare to litigate various issues relating to the sentencing hearing. The parties do not believe that the schedule for preparing the presentence investigation report need be amended.

IT IS SO STIPULATED.

Dated: January 25, 2024        PHILLIP A. TALBERT
                               United States Attorney

                               /s/ SAM STEFANKI
                               SAM STEFANKI
                               Assistant United States Attorney

Dated: January 25, 2024        /s/ DOUGLAS BEEVERS
                               DOUGLAS BEEVERS
                               Counsel for Defendant
                               GABRIEL DIOP

**ORDER**

This matter is hereby RESET for judgment and sentencing on **February 26, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: January 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE