PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GABRIEL DIOP,<br><br>   Defendant. | CASE NO. 2:21-CR-00106-WBS<br><br>STIPULATION REGARDING SENTENCING; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Gabriel Diop, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 26, 2024.

2. By this stipulation, the parties now move to re-set the matter for sentencing on April 15, 2024, at 9:00 a.m.

3. Counsel for the defendant desires additional time to prepare to litigate various issues relating to the sentencing hearing. Specifically, counsel for the defendant requires additional time to research his client's history and investigate possible avenues to mitigate his client's culpability at sentencing.

4. The government does not object to defense counsel's request for additional time to prepare for sentencing.

5.  The parties respectfully request that the Court reset the sentencing briefing schedule as follows:

    a)  Formal objections to the Presentence Investigation Report (the "PSR") shall be filed on or before March 18, 2024;

    b)  Responses to any formal objections to the PSR shall be filed on or before March 25, 2024; and

    c)  Sentencing memoranda shall be filed on or before April 8, 2024.

IT IS SO STIPULATED.

Dated:  February 12, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated:  February 12, 2024

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
GABRIEL DIOP

## ORDER

This matter is hereby RESET for judgment and sentencing on **April 15, 2024, at 9:00 a.m.**  The Court hereby ADOPTS the revised briefing schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: February 12, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE