PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00106-WBS |
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| GABRIEL DIOP, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Gabriel Diop, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 15, 2024.

2. By this stipulation, the parties now move to re-set the matter for sentencing on June 10, 2024, at 9:00 a.m.

3. Counsel for the defendant desires additional time to prepare to litigate various issues relating to the sentencing hearing. Specifically, counsel for the defendant requires additional time to research his client's history and investigate possible avenues to mitigate his client's culpability at sentencing.

4. The government does not object to defense counsel's request for additional time to prepare for sentencing.

5.  The parties respectfully request that the Court reset the sentencing briefing schedule as follows:

    a) Formal objections to the Presentence Investigation Report (the "PSR") shall be filed on or before May 20, 2024;

    b) Responses to any formal objections to the PSR shall be filed on or before May 27, 2024; and

    c) Sentencing memoranda shall be filed on or before June 3, 2024.

IT IS SO STIPULATED.

Dated:  March 22, 2024               PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ SAM STEFANKI
                                     SAM STEFANKI
                                     Assistant United States Attorney

Dated:  March 22, 2024               /s/ DOUGLAS BEEVERS
                                     DOUGLAS BEEVERS
                                     Counsel for Defendant
                                     GABRIEL DIOP

**ORDER**

This matter is hereby RESET for judgment and sentencing on **June 10, 2024, at 9:00 a.m.**  The Court hereby ADOPTS the revised briefing schedule set forth in the parties' stipulation.  Briefing is reset as follows:

    a) Formal objections to the Presentence Investigation Report (the "PSR") shall be filed on or before May 20, 2024;

    b) Responses to any formal objections to the PSR shall be filed on or before May 27, 2024; and

///

c) Sentencing memoranda shall be filed on or before June 3, 2024.

IT IS SO ORDERED.

Dated: March 25, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE