HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Attorneys for Defendant
GABRIEL DIOP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-00106-WBS-1 |
| Plaintiff, | **SEALING ORDER** |
| vs. | |
| GABRIEL DIOP, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibits A and B to defendant's sentencing memorandum be granted.  Said documents shall be filed under seal but shall be accessible to Court, the Probation Officer, and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated:  June 5, 2024

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE