1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:21-CR-00106-WBS |
12 |                       Plaintiff,  | STIPULATION REGARDING RESTITUTION; FINDINGS AND ORDER |
13 |             v.                    |                            |
14 | GABRIEL DIOP,                     |                            |
15 |                       Defendant.  |                            |

17                              **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant Gabriel

19 Diop, by and through his counsel of record, hereby stipulate as follows:

20     1.     On June 10, 2024, the defendant was ordered to pay restitution in the amount of

21 $1,837,557.32, as provided in the language included in the Sentencing Recommendation attached to the

22 Presentence Investigation Report (the "PSR").  However, the Restitution Attachment to the PSR

23 provides the correct amount of restitution owed (*i.e.*, $1,810,777.91), which is a lower restitution

24 amount that is nonetheless supported by evidence in the case and agreed upon by all parties.

25 ///

26 ///

27 ///

28 ///

   STIPULATION AND ORDER RE RESTITUTION              1

2. Based on the above and by this stipulation, the parties and the assigned probation officer request that the Judgment reflect the correct restitution total of $1,810,777.91.

IT IS SO STIPULATED.

Dated: June 11, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: June 11, 2024

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
GABRIEL DIOP

Dated: June 11, 2024

/s/ JULIE BESABE
JULIE BESABE
Senior United States Probation Officer

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE